PAUL FORREST,
**5442 Bayview Heights Place #7**
San Diego, California 92105
Telephone: (619) 408-3431

Plaintiff in *PRO SE*

FILED

2010 OCT 25  PM 3: 30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PAUL FORREST  )  CASE NO. '10 CV 2211 BTM NLS
             )
  Plaintiff, )
             )  **CIVIL RIGHTS COMPLAINT UNDER**
v.           )  **42 U.S.C. SEC 1983 AND 1985**
             )
SAN DIEGO POLICE DEPARTMENT and )
DOES 1 TO 10, )
             )
  Defendants. )
_____)
             )
AND RELATED CROSS-ACTIONS )
_____)

A. **JURISDICTION**

   1. AT ALL RELEVANT TIMES, PLAINTIFF WAS RESIDENT OF THE STATE OF CALIFORNIA.

   2. AT ALL RELEVANT TIMES, DEFENDANTS WERE GOVERNMENT EMPLOYEES AND A GOVERNMENTAL AGENCY OF THE CITY OF SAN DIEGO, ACTING UNDER AUTHORITY OF THE CITY OF SAN DIEGO.

B. **NATURE OF CASE**

   3. ON OR ABOUT AUGUST 24, 2009, PLAINTIFF WAS TRAVELING ON WILLIE JONES AVENUE IN SAN DIEGO, CA. DEFENDANT SAN DIEGO POLICE DEPARTMENT

1 BRAKE LIGHT. SDPD OFFICERS 1-4 BEGAN TO QUESTION AND HARASS PLAINTIFF.
2 SDPD OFFICER DOE 1 REACHED INTO PLAINTIFF'S VEHICLE, PULLED HIM OUT OF HIS
3 VEHICLE, AND THREW PLAINTIFF TO THE GROUND. SDPD OFFICERS DOES 1-4 BEGAN
4 TO KICK AND KNEE PLAINTIFF REPEATEDLY WHILE HE WAS ON THE GROUND. AT
5 ALL TIMES, PLAINTIFF WAS COOPERATED AND AT NO TIME RESISTED DEFENDANTS.
6     4. DEFENDANTS USED EXCESSIVE FORCE WHEN HANDLING PLAINTIFF IN
7 VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS.
8     5. AS A RESULT OF DEFENDANTS' EXCESSIVE USE OF FORCE, PLAINTIFF
9 SUSTAINED INJURIES AN DAMAGE TO HIS PERSONAL PROPERTY.
10 C. <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>
11     PLAINTIFF PREVIOUSLY FILED AN ADMINISTRATIVE CLAIM AGAINST THE
12 CITY OF SAN DIEGO. THE CLAIM WAS DENIED BY OPERATION OF LAW ON APRIL 26,
13 2010.
14 D. <u>DAMAGES</u>
15     AS A RESULT OF DEFENDANTS' CONDUCT, PLAINTIFF REQUESTS THE COURT
16 AWARD DAMAGES FOR MEDICAL EXPENSES (PAST & FUTURE), LOST WAGES,
17 DAMAGE TO PROPERTY, EMOTIONAL AND PHYSICAL PAIN AND SUFFERING, COSTS
18 OF THIS ACTION, ALONG WITH ANY AND ALL OTHER DAMAGES THE COURT DEEMS
19 APPROPRIATE.
20 **DECLARATION UNDER PENALTY OF PERJURY**
21 THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE/SHE IS THE
22 PLAINTIFF IN THE ABOVE ACTION, THAT HE/SHE HAS READ THE ABOVE COMPLAINT,
23 AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT. 28
24 U.S.C. §1746; 18 U.S.C §1621.
25 Executed at SAN DIEGO, CALIFORNIA on OCTOBER 25, 2010.
26
27 _(signature)_
    PLAINTIFF'S SIGNATURE
28

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Paul Forrest

**DEFENDANTS**

San Diego Police Department

FILED
2010 OCT 25 PM 3:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:** San Diego
(IN U.S. PLAINTIFF CASES ONLY)

BY _____ DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Paul Forrest, Pro Se
5442 Bayview Heights Pl #7
San Diego CA 92105

**ATTORNEYS (IF KNOWN)**

'10 CV 2211 BTM NLS

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 USC 1983 & 1985

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | 1983/1985 | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD  /s/ Paul Forrest

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)