1  JAN I. GOLDSMITH, City Attorney
   DONALD R. WORLEY, Assistant City Attorney
2  STACY J. PLOTKIN-WOLFF, Deputy City Attorney
   California State Bar No. 174793
3       Office of the City Attorney
        1200 Third Avenue, Suite 1100
4       San Diego, California 92101-4100
        Telephone:  (619) 533-5800
5       Facsimile:   (619) 533-5856

6  Attorneys for Defendant
   SAN DIEGO POLICE DEPARTMENT
7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

| 10 | Paul Forrest, | Case No. 10cv2211 AJB (NLS) |
|---|---|---|
| 11 | Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)** |
| 12 | v. | |
| 13 | San Diego Police Department and Does 1 to 10, | Date:  9/30/2011 |
| 14 | Defendant. | Time: 1:30 p.m.<br>Judge:  Hon. Anthony J. Battaglia |
| 15 | | Court Room:  12<br>Trial:  Not Yet Set |

17  **TO:  PLAINTIFF**

18  **PLEASE TAKE NOTICE** that on **September 30, 2011 at 1:30 p.m.,**[1] or as soon

19  thereafter as the matter may be heard before the Honorable Anthony J. Battaglia in Courtroom 12

20  in the United States District Court located at 940 Front Street, San Diego, California, Defendant

21  San Diego Police Department, by and through its attorney of record, Deputy City Attorney Stacy

22  J. Plotkin-Wolff, will move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) for an

23  order dismissing this lawsuit.

24  /////

25  /////

26  /////

---

[1] Please note that Defendant will be seeking an ex parte order requesting that the matter be considered without oral argument before May 15, 2011.

Document Number: 158214                    1

1 | Defendant San Diego Police Department's motion will be based on the plaintiff's failure to sue an appropriate entity and the plaintiff's failure to adequately plead the elements of a 42 U.S.C. §1983 cause of action.

This motion is based on this notice; the pleadings, files and records in this case; the contemporaneously filed memorandum of points and authorities, declaration of Stacy J. Plotkin-Wolff, and request for judicial notice.

Dated: March 30, 2011          JAN I. GOLDSMITH, City Attorney


By   /s/ Stacy J. Plotkin-Wolff
     Stacy J. Plotkin-Wolff
     Deputy City Attorney

Attorneys for Defendant
SAN DIEGO POLICE DEPARTMENT